**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**BALLY GAMING, INC.**                                                                **PLAINTIFF**

**VERSUS**                                                             **CIVIL ACTION NO. 3:13-CV-01084**

**MICHAEL CALDWELL**                                                 **DEFENDANT**

**ORDER GRANTING JOINT MOTION TO EXTEND REBUTTAL DEADLINES**

THIS CAUSE came before the Court upon Plaintiff Bally Gaming, Inc. and Defendant Michael Caldwell's Joint Motion to Extend Rebuttal Deadlines. The undersigned has considered the motion and finds that there is good cause for the requested extensions. Accordingly, the motion IS HEREBY GRANTED.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the deadline is extended until March 6, 2015, for Bally Gaming, Inc. to file Rebuttals to Michael Caldwell's Response in Opposition to Bally's Motion to Exclude Testimony of B. Perry Woodside III [Doc No. 156] and Response in Opposition to Bally's Motion for Partial Summary Judgment [Doc. No. 155].

IT IS FURTHER ORDERED AND ADJUDGED that the deadline is extended until March 6, 2015, for Michael Caldwell to file a Rebuttal to Bally's Response in Opposition to Michael Caldwell's Motion for Summary Judgment [Doc No. 157].

SO ORDERED AND ADJUDGED this, the 23rd day of February, 2015.

                                                     s/David Bramlette
                                                     UNITED STATES DISTRICT JUDGE